UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                              Case No. 18-24143-BKC-PGH

LEIGH E EESON,                                            Chapter 7

      Debtor.
_____/

**TRUSTEE'S: (1) APPLICATION TO EMPLOY DMS, INC. AS AUCTIONEER
TO SELL HANDBAGS AND SHOES; (2) MOTION TO APPROVE SALE OF
HANDBAGS AND SHOES WITHOUT FURTHER COURT ORDER(S);
AND (3) MOTION TO AUTHORIZE PAYMENT TO THE AUCTIONEER**

Kenneth A. Welt, Chapter 7 Trustee (the "Trustee"), by counsel, pursuant to 11 U.S.C. §§ 327 and 363 and Local Rule 6005-1(D), requests the Court enter an Order: (a) authorizing the employment of Carina Avila and DMS, Inc. (collectively, the "Auctioneer"), for the purpose of selling handbags and shoes on www.ebay.com or other online platform(s); (b) approving the sale of handbags and shoes on www.ebay.com or other online platform(s), without the necessity of further court order(s); and (c) authorizing the payment to the Auctioneer, upon the terms set forth below, and states as follows:

1. On November 13, 2018, Leigh E Eeson (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.  Kenneth A. Welt was appointed Chapter 7 trustee.

**Background**

2. Upon the inspection of the Debtor's home, the Trustee became aware that the Debtor owned certain designer handbags and shoes (the "Designer Items").  The Designer Items were not listed by the Debtor on her Schedule "B" [ECF No. 49] or her Amended Schedule "B" [ECF No. 63].

3. The Trustee requested that the Debtor turn over the Designer Items to the Trustee, and the Debtor complied with such request.

_____
Leiderman Shelomith Alexander + Somodevilla, PLLC
Miami | Fort Lauderdale

4.      Upon receipt of the Designer Items, the Trustee investigated whether the Designer Items were authentic or replica items.  To that end, the Trustee had the Designer Items inspected by luxury fashion authenticators.  The Trustee has been advised that certain of the Designer Items were authentic, and certain other Designer Items could not be authenticated and may be replica items.

5.      This Motion relates solely to those Designer Items which, upon information and belief, are authentic items[1].  These Designer Items are listed in the attached Exhibit "A" (collectively, the "Authentic Designer Items")[2].

6.      The Authentic Designer Items were not claimed as exempt and are therefore property of the bankruptcy estate pursuant to 11 U.S.C. § 541.

7.      Given the relative value of the Authentic Designer Items, the Trustee believes that it would be in the best interest of the bankruptcy estate if the Trustee were to sell the Authentic Designer Items through "online sales" transaction(s), including, without limitation, online auction(s) through www.ebay.com (and/or other online platform(s)) and/or direct private sales through www.ebay.com (and/or other online platform(s)) (the "Online Sale").

8.      The Trustee has investigated other methods of selling the Authentic Designer Items, including consignment sale(s).  However, given the commission percentages and other costs involved, the Trustee believes that the Online Sale would generate the highest recovery for the bankruptcy estate.

9.      The Internet has developed as an excellent resource for the liquidation of assets of bankruptcy estates.  Not only is it relatively inexpensive to post assets for sale, but the assets reach potential purchases throughout the world.  Ebay is a specialized site, which posts all types of assets, including designer handbags and shoes.

---

[1] The Trustee is contemporaneously filing a motion to authorize the Trustee to destroy the non-authentic Designer Items.

[2] Certain Designer Items, which the Trustee was advised were authentic, were already sold, through an "online sales" transaction (through www.therealreal.com), pursuant to Court order [ECF No. 97].  The Trustee, using his business judgment, does not believe it is in the best interest of the bankruptcy estate to sell the remaining

10. To assist the Trustee in the liquidation of the Authentic Designer Items through the Online Sale, the Trustee seeks to employ the Auctioneer. The Trustee selected the Auctioneer to sell the Authentic Designer Items due to its extensive experience and knowledge in the fields of asset valuation and liquidation.

11. The Trustee believes that the Auctioneer is well-qualified to assist him to market and sell the Authentic Designer Items through the Online Sale. The Trustee has utilized the services of the Auctioneer in other bankruptcy cases and finds them to be professional and efficient.

## Relief Requested

12. By this motion, the Trustee is seeking an Order: (a) authorizing the employment of the Auctioneer, for the purposes of conducting the Online Sale; (b) approving the sale of the Authentic Designer Items, on www.ebay.com or other online platform(s), without the necessity of further court order(s); and (c) authorizing payment to the Auctioneer, upon the terms set forth below.

## Employment of the Auctioneer

13. The Trustee seeks authority to employ the Auctioneer and to pay the Auctioneer a commission of twenty percent (20%) of the gross sales price received for each Authentic Designer Item that is sold. In addition, the Trustee proposes to pay the Auctioneer expenses, in the amount of $50.00 per Authentic Designer Item that is sold. Such amount will pay for any and all expenses associated with the sale of each Authentic Designer Item, including without limitation, any fees and costs associated with www.ebay.com (and/or other online platform(s)) and any fees and costs involved with delivering the Authentic Designer Item(s) to the buyer(s).

14. The Auctioneer has informed the Trustee that it: (a) has no connection with the Debtor, creditors, or other parties in interest in this case; (b) does not hold or represent any interest adverse to the estate in this matter upon which they are to be engaged; and (c) is

---

Authentic Designer Items through this online sales platform.

"disinterested" as defined in 11 U.S.C. § 101(4).  Attached hereto as Exhibit "B" is the Declaration of the Auctioneer.

15. The Auctioneer is licensed and bonded as an auctioneer and is authorized to conduct auctions in the State of Florida pursuant to Fla. Stat. § 468.381 *et seq.* and Local Rule 6005-1(B).  Further, the Auctioneer is covered by the Florida Auctioneer Recovery Fund as required by Fla. Stat. § 468.392.  In addition, the Auctioneer has posted a Fiduciary and Faithful Performance (or Surety) bond in the amount of $100,000.00.  The bond is issued by Western Surety Company, which is approved by the Department of the Treasury and the bond amount indicated is not less than the maximum expected proceeds of the Online Sale.  The bond is in favor of the United States of America and the original bond has been forwarded to the United States Trustee.  Copies of the appropriate licenses and bonds are attached to the Declaration of the Proposed Auctioneer.

16. The Trustee believes that the employment of the Auctioneer is reasonable and that the facts and circumstances warrant its retention.

## Sale of the Authentic Designer Items

17. As stated above, given the relative value of the Authentic Designer Items, the Trustee believes that it would be in the best interest of the bankruptcy estate if the Trustee were to sell the Authentic Designer Items through "online sales" transaction(s), including, without limitation, online auction(s) through www.ebay.com (and/or other online platform(s)) and/or direct private sales through www.ebay.com (and/or other online platform(s)) (i.e., the "Online Sale").

18. There are nineteen (19) items of Authentic Designer Items listed in the attached Exhibit "A".  It would be not be economically feasible for the Trustee to file nineteen (19) motions (or notices) relating to the sale of each individual Authentic Designer Item.

19. Therefore, the Trustee requests that the Court approve the sale of each and every of the Authentic Designer Items through "online sales" transaction(s), including, without

limitation, online auction(s) through www.ebay.com (and/or other online platform(s)) and/or direct private sales through www.ebay.com (and/or other online platform(s)).

20. The Trustee would have the discretion to sell the Authentic Designer Items in lots, if such sale(s) would generate the maximum recovery for the bankruptcy estate.

21. The Online Sale would be "as is" and "where is", with all faults, with absolutely no representations or warranties of any kind. Specifically, although the Trustee has been advised that the Authentic Designer Items are, in fact, authentic, the Trustee makes no representation or warranty regarding the authenticity of any such item(s) sold by the Trustee.

22. No refunds or exchanges are allowed.

23. Upon completion of the Online Sale of all of the Authentic Designer Items, the Trustee will file with the Court a report, summarizing the results of the Online Sale, and stating the fees and expenses paid to the Auctioneer pursuant to each such transaction.

## Payment to the Auctioneer

24. Finally, the Trustee requests that the Court authorize the payment to the Auctioneer, as set forth above, at the time of the sale of each Authentic Designer Item.

25. That is, upon the sale of each Authentic Designer Item, the Auctioneer will transmit the gross sales amount to the Trustee, and the Trustee will then be authorized to pay the Auctioneer: (a) the commission of twenty percent (20%) of the gross sales price received for each Authentic Designer Item; and (b) expenses in the amount of $50.00 per Authentic Designer Item that is sold, both without the necessity of further Court order.

26. The above-referenced system for liquidating the Authentic Designer Items is in the best interest of the bankruptcy estate, as it ensures the maximum sales price possible, while at the same time doing so in an economical manner, without the necessity of multiple Court orders.

27. This motion, as well as the accompanying notice of hearing, will be served on all creditors and parties in interest in this proceeding.

WHEREFORE, the Trustee respectfully requests the Court enter an order: (a) authorizing the employment of the Auctioneer, for the purposes of conducting the Online Sale, as set forth above; (b) approving the Online Sale of the Authentic Designer Items, as set forth above; (c) authorizing payment to the Auctioneer, as set forth above; and (d) granting such other and further relief as the Court deems just and proper.

Dated: February 10, 2020

LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, PLLC
Attorneys for Kenneth A. Welt
2699 Stirling Road, Suite C401
Fort Lauderdale, FL 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By: _____/s/_____
ZACH B. SHELOMITH
Florida Bar No. 0122548
zbs@lsaslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served on February 10, 2020 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to all parties on the attached service list.

By: _____/s/_____
Zach B. Shelomith

**Exhibit "A" – List of Authentic Designer Items**

**Shoes:**

1. Christian Louboutin - Veau Velours Beige
2. Gucci  -  White
3. Christian Louboutin -   Lady Peep Spikes
4. Christian Louboutin -   Lady DAF
5. Christian Louboutin -   UN BOUT Python
6. Guiseppe Zanotti  -    Boots
7. Guiseppe Zanotti -     Red
8. Christian Louboutin -   Snorkelling
9. Christian Louboutin -  Madam Mouse
10. Christian Louboutin -  Alti Pump Spikes gold
11. Gucci  -  NAPPA Silk
12. Christian Louboutin -  SO KATE white
13. Christian Louboutin -  Pigalle Fluo Chic
14. Christian Louboutin -  A Steroid
15. Christian Louboutin -  Watersnake
16. Gucci - Vernice Crystal blue
17. Christian Louboutin -   Donue  black

**Handbags:**

1. Valentino   -  Yellow
2. Gucci   -  Orange

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                              Case No. 18-24143-BKC-PGH

LEIGH E EESON,                                      Chapter 7

    Debtor.
_____/

## AFFIDAVIT OF AUCTIONEER

STATE OF FLORIDA         )
                         ) ss.
COUNTY OF BROWARD        )

BEFORE ME, the undersigned authority, this date personally appeared Carina Avila who being first duly sworn under oath, deposes and states:

1. That I am an officer of DMS, Inc., and am authorized to make this declaration on behalf of the corporation in accordance with Bankruptcy Rule 2014 and Local Rule 6005-1.

2. That neither I nor DMS, Inc. nor any of its officers or directors have any connection to the debtor, the debtor's estate, the Trustee ("trustee") or the U.S. Trustee, and that same are disinterested persons within the meaning of 11 U.S.C. §327(a).

3. That DMS, Inc. is duly licensed as an auctioneer and covered by the Florida Auctioneer Recovery Fund and is authorized to conduct auctions in the State of Florida pursuant to Florida Statutes §468.381 et seq or §468.387 for out-of-state auctioneers and Local Rule 6005-1(B).  True copies of said license and bond are attached hereto.

LF-22 (rev. 12/01/09)

Page 1 of 2

Exhibit "B"

4. That in addition to the foregoing, I have attached hereto a copy of a Fiduciary and Faithful Performance (or Surety) Bond in the amount of $100,000.00 (an amount greater than the revenues expected to be generated by the auction of the Property), a true copy of which is attached hereto. The bonds are issued by a surety company approved by the Department of the Treasury and in favor of the United States of America.

5. That I have read the application of the trustee regarding the retention and compensation of DMS, Inc. and agree to be bound by the terms and conditions represented therein.

6. The property subject to this proposed auction will not be sold together with any non-bankruptcy property.

7. That I further understand that the court, in its discretion, may alter the terms and conditions of employment and compensation as it deems appropriate.

By: _____

Print Name: _____

Sworn to and Subscribed before me on this 10 day of February 2020.

_____
SIGNATURE OF NOTARY PUBLIC                    (Seal)



Notary Public State of Florida
LILIBETH CEDENO
My Commission GG 133361
Expires 08/10/2021

Exhibit "B"

# Western Surety Company

## VERIFICATION CERTIFICATE
TO VERIFY THAT A CONTINUOUS FORM OF
BOND OR POLICY HAS NOT BEEN CANCELLED

This is to certify that the Dishonest/Fidelity Bond No. **61158326**, in the amount of **$100,000** issued by **Western Surety Company**, as Surety and on behalf of **Document Management Solutions, Inc., located at 4701 SW 51st Street, Davie, FL 33314**, as Principal, and effective September 01, 2011 is a continuous instrument covering an indefinite term, is now in full force and effect and has been renewed for an additional one year term beginning on September 01, 2019. This bond will continue in full force and effect until cancelled or terminated.

**Signed,** sealed and dated this **31st** day of **December**, **2019**.

**Western Surety Company**

*Clinton J, Diers, Attorney-in-Fact*

Exhibit "B"

RICK SCOTT, GOVERNOR                                         JONATHAN ZACHEM, SECRETARY

**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**FLORIDA BOARD OF AUCTIONEERS**

**LICENSE NUMBER**
AU2871

The AUCTIONEER
Named below IS LICENSED
Under the provisions of Chapter 468 FS.

FEDELE, FRANCIS WILLIAM
11510 GRACES WAY
CLERMONT        FL 34711

ISSUED: 10/02/2017      DISPLAY AS REQUIRED BY LAW      SEQ # L1710020001996

Exhibit "B"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 18-24143-PGH<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Feb 10 18:30:08 EST 2020 | Deutsche Bank National Trust Company<br>C/O Heller & Zion, LLP<br>1428 Brickell Avenue, Suite 600<br>Miami, FL 33131-3435 | City of Pembroke Pines Utilities Office<br>POB 269005<br>Pembroke Pines, FL 33026-9005 |
| David M. Bauman, Esq.<br>Bauman & Rossman, LLC<br>4050 W. Broward Blvd.<br>Plantation, FL 33317-3767 | Household Finance Corporation<br>26525 N. Riverwoods Blvd.<br>Lake Forest, IL 60045-3439 | IRS<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Inphynet South Broward, Inc.<br>POB 740022<br>Cincinnati, OH 45274-0022 | Lincoln Park Plaza, LLC<br>c/o Steven M. Liberty, Esq.<br>Nexterra Law<br>1691 Michigan Ave., #360<br>Miami Beach, FL 33139-2572 | Michael H. Hosford, Esq.<br>Weitz & Schwartz, P.A.<br>900 SE 3 Ave., #204<br>Fort Lauderdale, FL 33316-1118 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>POB 65250<br>Salt Lake City, UT 84165-0250 |
| US Deptartment of Education/Great Lakes<br>Attn: Bankruptcy<br>POB 7860<br>Madison, WI 53707-7860 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>POB 8053<br>Mason, OH 45040-8053 | Walden Lake Homeowners Association, Inc.<br>1100 SW 10 St., #B<br>Delray Beach, FL 33444-1233 |
| Walden Lake Homeowners Association, Inc.<br>c/o Pointe Management Group<br>POB 669398<br>Miami, FL 33166-9432 | Beresford A. Landers<br>17930 NW 59 Ave #104<br>Miami Lakes, FL 33015-5171 | Kenneth A Welt<br>4581 Weston Road Suite 355<br>Weston, FL 33331-3141 |
| Leigh E Eeson<br>20565 SW 2 St<br>Pembroke Pines, FL 33029-5026 | Michael Mehdipour<br>7950 NW 155 St #204<br>Miami Lakes, FL 33016-5819 | Michael H. Johnson<br>3601 W. Commercial Blvd. #31<br>Ft. Lauderdale, FL 33309-3393 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Phoenix Financial Services. Llc
Attn: Bankruptcy
POB 361450
Indianapolis, IN 46236

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Junior Jean Baptiste           End of Label Matrix
Currently incarcerated            Mailable recipients    20
                                  Bypassed recipients     1
                                  Total                  21
```